UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>IRA J. PRESSMAN<br><br>PJI DISTRIBUTION CORP.,<br><br>                     Debtors. | Bky. No. 11-13080 (ELF)<br>and 11-13082 (ELF)<br><br>JOINTLY ADMINISTERED AND<br>SUBSTANTIVELY CONSOLIDATED |
| LYNN FELDMAN, AS TRUSTEE FOR THE BANKRUPTCY ESTATES OF IRA PRESSMAN AND PJI DISTRIBUTION CORP.,<br><br>                     Plaintiff,<br><br>                     v.<br><br>SCOTT DiCLAUDIO,<br><br>                     Defendant. | Adversary Proceeding No. 13-00171 (ELF) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, incorporated herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Plaintiff hereby dismisses the above-captioned adversary proceeding with prejudice. Each party shall bear its own costs.

                     Duane Morris LLP

                     */s/ Lawrence J. Kotler*
                     Lawrence J. Kotler, Esq. (PA I.D. 56029)
                     30 South 17th Street
                     Philadelphia, PA 19103
                     Telephone:   (215) 979-1514
                     Facsimile:   (215) 979-2010
                     Email: ljkotler@duanemorris.com

                     *Counsel to Lynn E. Feldman, Chapter 7 Trustee*
                     *for the Bankruptcy Estates of Ira J. Pressman*
                     *and PJI Distribution Corp.*

Dated: February 5, 2015

DM3\3174522.1